### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.   CASE NO. 5:16-CR-50053 | |
| **PHILLIP WASKE** | **DEFENDANT** |

### ORDER

Currently before the Court is the Report and Recommendation (Doc. 16) filed in this case on February 2, 2017, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 15, ¶ 3).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **TENTATIVELY APPROVED**, subject to final approval at sentencing.

**IT IS SO ORDERED** on this 3rd day of February, 2017.

                                                                          _/s/ Timothy L. Brooks_
                                                                          TIMOTHY L. BROOKS
                                                                          UNITED STATES DISTRICT JUDGE